AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff* | ) ) |
| v. | ) Case No. 20 Cr. 624 (PGG) |
| PETER NYGARD, *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Parties DGM Trust Corporation, Edson's Investments, Inc., and Brause Investments Inc.     .

Date:     01/18/2024

/s/ Jason A. Masimore
*Attorney's signature*

Jason A. Masimore (Bar No. 4147534)
*Printed name and bar number*
Kobre & Kim LLP
800 Third Ave
New York, NY

*Address*

Jason.masimore@kobrekim.com
*E-mail address*

(212) 488-1200
*Telephone number*

(212) 488-1220
*FAX number*