

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2021

**BY EMAIL**

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: MAY 28 2024

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    **RE:**   *United States v. Peter Nygard*, **20 Cr. 624 (PGG)**

Dear Judge Gardephe:

    The Government respectfully submits this letter in response to the Court's October 21, 2021 Order directing the Government to set forth its position on the need for continued sealing of the May 26, 2021 Post-Indictment Restraining Order (the "PIRO"). The Government consents to unsealing of the PIRO, attached hereto as Exhibit A, because that limited unsealing can be accomplished without compromising ongoing criminal investigations.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

by:

                        Celia V. Cohen
                        Jacqueline Kelly
                        Allison Nichols
                        Assistant United States Attorneys
                        (212) 637-2466

CC: Counsel for DGM Financial Group (by email)