

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖨 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

March 10, 2025

United States District Court Judge Paul G. Gardephe
United States District Court Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

**Re:  United States of America v. Peter Nygard
Case No.: 1:20-cr-00624-PGG-1
<u>Request for Court Directive to Records Clerk to Un-Redact Records</u>**

Good Day Your Honor,

This firm represents the defendant Peter Nygard in the above referenced matter. I write in connection with Your Honor's February 26, 2025, Order granting the unsealing of DGM Trust Corporation's October 15, 2021, Motion to Clarify papers, and all exhibits, and the Government's redacted opposition papers to such Motion. (Doc. 35).

It is respectfully requested that Chambers kindly notify the Sealed Records Department of the Order so that they are directed/authorized to un-seal the records.

Thank you for your courtesy and attention to this matter.

Respectfully submitted,

*/s/ Peter Sverd*
Peter Sverd, Esq.

To All sides by ECF Only